THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK DALY, ELENA NACARINO, SUSAN SYLVESTER, and MICHAEL SONNENSCHEIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,

Defendants.

Case No.: 2:22-cv-00910- RSM

**[PROPOSED] ORDER GRANTING DEFENDANTS AMAZON.COM, INC.'S AND AMAZON.COM SERVICES LLC'S MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

**ORAL ARGUMENT REQUESTED**

THIS MATTER came before the Court on a Motion to Dismiss filed by Defendant Amazon.com, Inc. and Amazon.com Services LLC. The Court reviewed the Motion and all supporting materials, Plaintiffs' opposition to the Motion and all supporting materials, and Amazon's reply and all supporting materials, and heard arguments of counsel. Having been fully advised, for the reasons set forth in Amazon's papers, the Court finds that the Motion should be granted. Now therefore,

**IT IS HEREBY ORDERED** that

(A) Defendant's Motion to Dismiss is **GRANTED**, and

(B) All claims in Plaintiffs' Complaint in this action, except Plaintiff's UTPA and UCL claims with respect to Amazon Prime and Amazon Music Unlimited, are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated this ____ day of ______________, 2022.

______________________________________
Honorable Ricardo S. Martinez
United States District Court Judge

Presented by:
FENWICK & WEST LLP

*/s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

Brian D. Buckley
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Email: bbuckley@fenwick.com

Jedediah Wakefield (admitted *pro hac vice*)
Kimberly Culp (admitted *pro hac vice*)
Garner Kropp (admitted *pro hac vice*)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Email: jwakefield@fenwick.com
kculp@fenwick.com
gkropp@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC