THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK DALY, ELENA NACARINO, SUSAN SYLVESTER, and MICHAEL SONNENSCHEIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM, SERVICES LLC,<br><br>Defendants, | Case No.: 2:22-cv-00910-RSM<br><br>**STIPULATED SCHEDULING ORDER**<br><br>**<u>NOTE ON MOTION CALENDAR</u>:**<br>**DECEMBER 29, 2022** |

## STIPULATION

On December 28, 2022, Defendant Amazon filed a Motion to Consolidate this action with two other actions pending before this Court: *Dorobiala v. Amazon.com, Inc.*, No. 2:22-cv-001600-RSM, and *Nicholas v. Amazon.com, Inc.*, No. 2:22-cv-01616-RSM ("Related Actions"). *See* Dkt. No. 25. Amazon has met and conferred with counsel in this action, and in the Related Actions, regarding a stipulated briefing schedule for the Consolidation Motion. Through their respective counsel, the parties have agreed to—and now jointly and respectfully request that the Court approve—the following briefing schedule with respect to the Consolidation Motion:

| Event | Deadline |
|---|---|
| Plaintiff's Opposition | January 20, 2023 |
| Amazon's Reply | February 8, 2023 |

Dated: December 29, 2022

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone:   206.389.4510
    Email:   bbuckley@fenwick.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*

BURSOR & FISHER, P.A.

By: */s/ Philip L. Fraietta*
    Philip L. Fraietta (*pro hac vice* forthcoming)
    Frederick J. Klorczyk III (*pro hac vice* forthcoming)
    888 Seventh Avenue
    New York, NY 10019
    Telephone:   646.837.7150
    Email:   pfraietta@bursor.com
               fklorczyk@bursor.com

    Neal J. Deckant (*pro hac vice* forthcoming)
    Julia K. Venditti (*pro hac vice* forthcoming)
    1990 North California Boulevard, Suite 940
    Walnut Creek, CA 94596
    Telephone:   925.300.4455
    Email:   ndeckant@bursor.com
               jvenditti@bursor.com

CARSON NOEL PLLC
    Wright A. Noel, WSBA No. 25264
    20 Sixth Avenue NE
    Issaquah, WA 98027
    Telephone:   425.837.4717
    Email:   wright@carsonnoel.com

*Attorneys for Plaintiffs*

**SO ORDERED**.

DATED this 4th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:	206.389.4510
Facsimile:	206.389.4511
Email:		bbuckley@fenwick.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*