THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **IN RE AMAZON SUBSCRIPTION SERVICES LITIGATION** | Case No.: 2:22-cv-00910-RSM<br><br>**STIPULATED MOTION AND ORDER FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR**:<br>**APRIL 12, 2024** |

On February 28, 2024, the Court issued an order granting in part and denying in part Amazon's motion to consolidate four actions: *Daly v. Amazon.com, Inc.*, No. 2:22-cv-00910-RSM, *Dorobiala v. Amazon.com, Inc.*, No. 2:22-cv-01600-RSM, *Adams v. Amazon.com, Inc.*, No. 2:23-cv-00913-RSM, and *Nicholas v. Amazon.com, Inc.*, No. 2:22-cv-01616-RSM.  Dkt. 38 (Consolidation Order).  By way of this order, the Court consolidated *Daly*, *Dorobiala*, and *Adams*. The Court denied consolidation with respect to *Nicholas*, however, noting that, "[i]n this Court's previous Order, Dkt. #37, the Court relied on Plaintiff's prima facie showing that the Amazon Checkout Pages, Acknowledgment Emails, and cancellation processes were similar regarding Amazon Automatic Renewal subscription offerings like Amazon Prime, Audible, Kindle Unlimited, etc.  Upon review of the Complaint in *Nicholas*, the 'Subscribe & Save' products are different from these distinctive Amazon subscriptions."  Consolidation Order at 6.

Before issuing the Consolidation Order, on February 26, 2024, the Court granted in part and denied in part Amazon's motion to dismiss the *Daly* Complaint.  Dkt. 37.  In its order consolidating *Daly* with the *Dorobiala* and *Adams* cases, the Court also directed that "Plaintiffs

must file a consolidated complaint consistent with this Court's previous Order, Dkt. #37, within thirty (30) days of the date of this Order." Consolidation Order at 9.

On March 29, 2024, Plaintiffs filed the First Consolidated Amended Complaint ("FCAC"). Dkt. 39. The FCAC includes claims based on Subscribe & Save in addition to other Amazon subscription services.

In light of the FCAC's inclusion of claims regarding Subscribe & Save, Amazon reached out to meet and confer with Plaintiffs' counsel about consolidation of *Nicholas* and *Subscription Services*, and notified Plaintiffs that it planned to file a motion to consolidate by Friday, April 12 (14 days after the FCAC was filed). Plaintiffs have now agreed that they will not pursue any claims based on Subscribe & Save in this consolidated action, and they will amend the FCAC accordingly.

Amazon also contends that the FCAC includes claims and allegations that the Court rejected when granting in part and denying in part Amazon's motion to dismiss in *Daly*, and that the FCAC is subject to a motion to dismiss and/or strike. Plaintiffs disagree. Amazon has provided Plaintiffs a list of allegations by paragraph number that Amazon contends are inconsistent with the Court's order on Amazon's motion to dismiss. Plaintiffs have agreed to review and consider these points, and are in the process of doing so, in the hope of resolving or narrowing those issues without Court intervention. The Parties have also met and conferred regarding a broader case schedule, and propose to submit it to the Court for its consideration, including as to any dates upon which they cannot agree, shortly.

In view of these developments, Plaintiffs and Defendants have stipulated to and jointly request that the Court approve the following schedule:

1. On or before April 19, 2024, Plaintiffs will file a Second Consolidated Amended Complaint ("SCAC"), which will remove any claims for relief based on Subscribe & Save;

2. Amazon will have until May 20, 2024 to file a motion to dismiss or strike, or otherwise respond to, the SCAC;

3. Plaintiffs' opposition to any motion to dismiss or strike is due by June 19, 2024[1];

4. Amazon's reply in support of any motion to dismiss the SCAC or strike is due by July 3, 2024.

Dated: April 12, 2024     Respectfully Submitted,

**FENWICK & WEST LLP**

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

Jedediah Wakefield (*pro hac vice*)
Kimberly Culp (*pro hac vice*)
Mary Griffin Sims (*pro hac vice*)
Justin Stacy (*pro hac vice*)
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350
Email: jwakefield@fenwick.com
kculp@fenwick.com
mgriffin@fenwick.com
jstacy@fenwick.com

Esther D. Galan (*pro hac vice*)
730 Arizona, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Email: egalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES LLC

**HAGENS BERMAN SOBOL SHAPIRO LLP**

---

[1] It is Plaintiff's position that Fed. R. Civ. P. 15(a)(1)(B) allows them as a matter of right, at their election, to amend the currently operative consolidated complaint in response to Amazon's anticipated motion to dismiss (or to its answer), where the Court ordered the filing of a consolidated complaint and where Amazon has neither filed an answer nor moved to dismiss in the *Dorobiala* and *Adams* matters. Amazon disagrees. By agreeing to a schedule for an opposition to Amazon's anticipated motion to dismiss, Plaintiffs reserve rights with respect to, and do not waive, this position. Plaintiffs intend to continue discussing this matter with Amazon. Plaintiffs also reserve rights to raise this matter with the Court if the Parties cannot agree, including, without limitation, by doing so in the broader case schedule the Parties intend to propose.

By: */s/ Robert F. Lopez*
Robert F. Lopez (WSB # 21057)
Steve Berman (WSB # 12536)
Barbara Mahoney (WSB # 31845)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:   robl@hbsslaw.com
         steve@hbsslaw.com
         barbaram@hbsslaw.com

Wright A. Noel, WSBA No. 25264
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone:   425.837.4717
Email:       wright@carsonnoel.com

Philip L. Fraietta (*pro hac vice*)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:   646.837.7150
Email:       pfraietta@bursor.com

Neal J. Deckant (*pro hac vice* forthcoming)
Julia K. Venditti (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:   925.300.4455
Email:       ndeckant@bursor.com
             jvenditti@bursor.com

*Attorneys for Plaintiffs*

**SO ORDERED.**

DATED this 16th day of April, 2024.

/s/ Ricardo S. Martinez

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
　　Brian D. Buckley, WSBA No. 26423

　　401 Union Street, 5th Floor
　　Seattle, WA  98101
　　Telephone:	206.389.4510
　　Facsimile:	206.389.4511
　　Email:	bbuckley@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC