THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **IN RE AMAZON SUBSCRIPTION SERVICES LITIGATION** | Case No. 2:22-cv-00910-RSM<br><br>**PARTIALLY AMENDED JOINT STATUS REPORT** |

Counsel for Plaintiffs and Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon" or "Defendants") (collectively "Parties") seek to amend their respective proposed schedules as outlined in Section 4 of the Joint Status Report and Discovery Plan, filed on July 12, 2024. Dkt. 52. The Parties incorporate their July 12, 2024 Joint Status Report into this submission and do not seek to modify it at this time in any way other than as set forth herein.

Given that the Court has not yet issued a ruling on the Parties' proposed case schedules, that the Parties' disputes regarding their competing protective orders and ESI protocols remain outstanding, and given the pace of discovery to-date, the Parties seek to modify the case schedules they initially proposed in Section 4 of their Joint Status Report and Discovery Plan (Dkt. 52) as follows:

Plaintiffs' Position:

Plaintiffs note that the Parties have now agreed on a revised schedule for Plaintiffs' motion for class certification and related expert reports, as reflected in the Parties' respective proposals below. Plaintiffs continue to reserve rights to seek an extension of the revised dates proposed herein depending on the pace of discovery and other case developments, or as otherwise warranted.

Plaintiffs also note Amazon's statement below that "If a class is certified, Amazon will produce evidence as to the identities of individual class members for any certified class within sixty (60) days of an Order certifying a class." For the avoidance of doubt, Plaintiffs state that they do not agree that this assertion fully sets forth Amazon's discovery obligations post-class-certification, or otherwise, nor do they agree presently to the timeline Amazon proposes with respect to production of the material Amazon specifically references.

Further, Plaintiffs note Amazon's statement below that "The Parties will confer in good faith regarding additional deadlines if and as needed." While Plaintiffs will confer with Amazon in good faith regarding deadlines if and as needed, they note their continuing disagreement with Amazon as to the date for completion of non-expert discovery, as set forth in the Parties' respective positions below. Also, Plaintiffs note that they have submitted additional dates for the Court's consideration in the original joint status report, Dkt. 52, beyond those set forth below. Those

proposed dates are based on the date on which the Court issues its order as to Plaintiffs' motion for class certification.

| Event | Plaintiffs' Initial Proposal | Plaintiffs' Modified Proposal |
|---|---|---|
| Substantial completion of non-expert discovery | | July 31, 2025 |
| Deadline for Plaintiffs' class certification motion, including any supporting expert reports | May 12, 2025 | September 24, 2025 |
| Deadline for Amazon's opposition to Plaintiffs' motion for class certification, including any expert reports | June 16, 2025 | November 24, 2025 |
| Deadline for Plaintiffs' reply in support of motion for class certification, including any rebuttal expert reports | July 14, 2025 | January 15, 2026 |
| Completion of non-expert discovery | Within 3 months after Court's order on class certification | Within 3 months after Court's order on class certification |

Amazon's Position:

The Parties will confer in good faith regarding additional deadlines if and as needed.

| Event | Amazon's Initial Proposal | Amazon's Modified Proposal |
|---|---|---|
| Completion of non-expert discovery | January 10, 2025 | July 31, 2025 |
| Deadline for Plaintiffs' class certification motion, including any supporting expert reports | February 14, 2025 | September 24, 2025 |
| Deadline for Amazon's opposition to Plaintiffs' motion for class certification, including any expert reports | April 14, 2025 | November 24, 2025 |

PARTIALLY AMENDED JOINT STATUS REPORT- 2
Case No. 2:22-cv-00910-RSM

| Deadline for Plaintiffs' reply in support of motion for class certification, including any supporting rebuttal expert reports | May 23, 2025 | January 15, 2026 |
|---|---|---|

If a class is certified, Amazon will produce evidence as to the identities of individual class members for any certified class within sixty (60) days of an Order certifying a class.

Dated this 24th day of October, 2024         Respectfully submitted,

**FENWICK & WEST LLP**

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423
    401 Union Street, 5th Floor
    Seattle, WA  98101
    Telephone:  206.389.4510
    Facsimile:  206.389.4511
    Email:      bbuckley@fenwick.com

    Jedediah Wakefield (*pro hac vice*)
    Kimberly Culp (*pro hac vice*)
    Mary Griffin Sims (*pro hac vice*)
    Justin A. Stacy (*pro hac vice*)
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone:  415.875.2300
    Facsimile:  415.281.1350
    Email:      jwakefield@fenwick.com
                kculp@fenwick.com
                mgriffin@fenwick.com
                jstacy@fenwick.com

    Esther D. Galan (*pro hac vice*)
    730 Arizona, 1st Floor
    Santa Monica, CA  90401
    Telephone:  310.434.5400
    Email:      egalan@fenwick.com

    *Counsel for Defendants*
    AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC

| | | |
|---|---|---|
| 1 | Dated this 24th day of October, 2024 | Respectfully submitted, |
| 2 | | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 3 | | By: */s/ Steve Berman* |
| 4 | |     Steve Berman (WSB # 12536) |
| 5 | | By: */s/ Barbara Mahoney*<br>    Barbara Mahoney (WSB # 31845) |
| 6 | | |
| 7 | |     1301 Second Avenue, Suite 2000<br>    Seattle, WA 98101 |
| 8 | |     Telephone:    (206) 623-7292<br>    Facsimile:     (206) 623-0594 |
| 9 | |     Email:    steve@hbsslaw.com<br>              barbaram@hbsslaw.com |
| 10 | | *Attorneys for Plaintiff Dorobiala and the Proposed Nationwide Class Under Washington Law* |
| 11 | | |
| 12 | | |
| 13 | Dated this 24th day of October 2024 | Respectfully submitted, |
| 14 | | **CARSON NOEL PLLC** |
| 15 | | By:*/s/ Wright A. Noel*<br>    Wright A. Noel (State Bar No. 25264) |
| 16 | |     20 Sixth Avenue NE<br>    Issaquah, WA 98027 |
| 17 | |     Telephone: (425) 837-4717 |
| 18 | |     Facsimile: (425) 837-5396<br>    Email: wright@carsonnoel.com |
| 19 | | |
| 20 | | *Local Counsel for Plaintiffs Daly, Nacarino, Sylvester, Sonnenschein, Adams, and the Proposed Classes* |
| 21 | | |
| 22 | Dated this 24th day of October 2024 | Respectfully submitted, |
| 23 | | **BURSOR & FISHER, P.A.** |
| 24 | | By:*/s/ Philip L. Fraietta* |
| 25 | |     Philip L. Fraietta (*pro hac vice*)<br>    888 Seventh Avenue |
| 26 | |     New York, NY  10019<br>    Telephone:  (646) 837-7150 |
| 27 | |     Facsimile:  (212) 989-9163<br>    Email: pfraietta@bursor.com |
| 28 | | |

PARTIALLY AMENDED JOINT STATUS REPORT- 4
Case No. 2:22-cv-00910-RSM

**BURSOR & FISHER, P.A.**
Neal J. Deckant *
Julia K. Venditti *
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com
jvenditti@bursor.com

*Attorneys for Plaintiffs Daly, Nacarino, Sylvester, Sonnenschein, Adams, and the Proposed Classes*

\* *Pro hac vice* application forthcoming

### CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

    */s/ Brian D. Buckley*
    Brian D. Buckley