THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**IN RE AMAZON SUBSCRIPTION SERVICES LITIGATION**

Case No.: 2:22-cv-00910-RSM

**STIPULATED MOTION FOR STAY OF PROCEEDINGS PENDING MEDIATION AND ORDER**

<u>**NOTE ON MOTION CALENDAR**</u>:
**APRIL 7, 2026**

Plaintiffs and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon" or "Defendants") (together with Plaintiffs, the "Parties"), hereby stipulate to a limited case schedule for purposes of exchanging information and conducting a mediation, but otherwise staying discovery, and ask the Court to enter their stipulation as an order of the Court.

The Parties conferred and have agreed to participate in private mediation. To promote judicial efficiency, save the Court's and the Parties' time and resources, and facilitate a potential resolution through mediation, the Parties request that all proceedings should be stayed in the interim, except for agreed-upon discovery exchanged in preparation for their mediation. The Parties' proposed schedule accounts for the complexity and number of separate subscription services at issue, and the time required to complete the discovery necessary to mediate them. The Parties also anticipate that mediation may require more than one session.

The Parties therefore stipulate to the following:

1. **Stay of Proceedings.** All proceedings in this action are stayed pending completion of the mediation to be set by the Parties.

STIPULATED MOTION AND ORDER           - 1 -           FENWICK & WEST LLP
CASE NO.: 2:22-CV-00910-RSM                        401 UNION STREET, 5TH FLOOR
                                                    SEATTLE, WASHINGTON 98101

2. **Stay of Discovery and Limited Exceptions.** Discovery in this action is stayed pending completion of mediation, except as the parties will agree between themselves in preparation for their mediation. The Parties have each agreed to provide certain discovery concerning their respective positions that the Court will or will not certify a class if the case does not settle, and data sufficient to allow the Parties to negotiate a settlement model for the multiple services at issue.

3. **Mediation Deadline.** The Parties agree to complete an in-person mediation, which may involve multiple sessions, no later than Thursday, December 31, 2026. The date(s), time(s), and location(s) of the mediation session(s) will be mutually agreed to by the parties.

4. **Post-Mediation Filing.** No later than Friday, January 29, 2027, or within thirty (30) days of the conclusion of mediation, whichever is earlier, the Parties will file either:

   i.  An update on the results of the mediation and a stipulated motion to continue the stay if mediation efforts are continuing; or

   ii. the Parties' Third Joint Report and Discovery Plan, advising the Court of the case status and the Parties' recommendations for further proceedings.

Stipulated by and between the Parties through their counsel of record:

Dated: April 7, 2026                Respectfully Submitted,


**FENWICK & WEST LLP**


By: */s/ Jonathan T McMichael*
     Jonathan T. McMichael, WSBA No. 49895

          Jedediah Wakefield (*pro hac vice*)
          Kimberly Culp (*pro hac vice*)
          Mary Griffin Sims (*pro hac vice*)
          One Front Street, 33rd Floor
          San Francisco, CA 94111
          Telephone: 415.875.2300
          Facsimile:  650.938.5200
          Email: JWakefield@fenwick.com
              KCulp@fenwick.com

MGriffin@fenwick.com

Jonathan T. McMichael
Y. Monica Chan
401 Union St.
5th Floor
Seattle, WA, 98101
Telephone: 206.389.4510
Facsimile:  650.938.5200
Email: jmcmichael@fenwick.com
MChan@fenwick.com

Esther D. Galan (*pro hac vice*)
730 Arizona, 1st Floor
Santa Monica, CA  90401
Telephone:  310.434.5400
Email: EGalan@fenwick.com

*Counsel for Defendants*
AMAZON.COM, INC. and AMAZON.COM
SERVICES LLC

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ *Steve W. Berman*
Steve Berman (WSB # 12536)
Robert F. Lopez (WSB # 21057)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:     robl@hbsslaw.com
steve@hbsslaw.com

*Attorneys for Plaintiff Dorobiala and the Proposed
Nationwide Class Under Washington Law*

Wright A. Noel, WSBA No. 25264
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone:     425.837.4717
Email:     wright@carsonnoel.com

Philip L. Fraietta (*pro hac vice*)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:     646.837.7150
Email:     pfraietta@bursor.com

STIPULATED MOTION AND ORDER                    - 3 -
CASE NO.: 2:22-CV-00910-RSM

Neal J. Deckant (*pro hac vice* forthcoming)
Julia K. Venditti (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:        925.300.4455
Email:              ndeckant@bursor.com
                       *jvenditti@bursor.com*

*Attorneys for Plaintiffs Nacarino, Sylvester,
Sonnenschein, and the Proposed Classes*

**ORDER**

Having reviewed the instant Motion and remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion to Stay, Dkt. #89, is GRANTED. This case is STAYED pending mediation. The pending Motion to Compel, Dkt. #77, is STRICKEN and must be refiled, if necessary, with a new meet-and-confer certification. The parties shall file an update notifying the Court of the case's status as stipulated above.

Dated this 8th day of April, 2026.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
**FENWICK & WEST LLP**

*/s/ Jonathan T. McMichael*
Jonathan T. McMichael, WSBA No. 49895

Jedediah Wakefield (*pro hac vice*)
Kimberly Culp (*pro hac vice*)
Mary Griffin Sims (*pro hac vice*)
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200
Email: jwakefield@fenwick.com
        kculp@fenwick.com
        mgriffin@fenwick.com

Jonathan T. McMichael
Y. Monica Chan
401 Union St.
5th Floor
Seattle, WA, 98101
Telephone: 206.389.4510
Facsimile: 650.938.5200
Email: mchan@fenwick.com

Esther D. Galan (*pro hac vice*)
730 Arizona, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Email: egalan@fenwick.com

*Counsel for Defendants*

STIPULATED MOTION AND ORDER    - 5 -
CASE NO.: 2:22-CV-00910-RSM

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

AMAZON.COM, INC. and
AMAZON.COM SERVICES LLC

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ Steve W. Berman
Steve Berman (WSB # 12536)
Robert F. Lopez (WSB # 21057)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:  steve@hbsslaw.com
        robl@hbsslaw.com

*Attorneys for Plaintiff Dorobiala and the Proposed Nationwide Class Under Washington Law*

Wright A. Noel, WSBA No. 25264
**CARSON NOEL PLLC**
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone:    425.837.4717
Email:        *wright@carsonnoel.com*

*Local Counsel for Plaintiffs Nacarino, Sylvester, Sonnenschein, and the Proposed Classes*

Philip L. Fraietta (*pro hac vice*)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone:    646.837.7150
Email:        pfraietta@bursor.com

Neal J. Deckant (*pro hac vice* forthcoming)
Julia K. Venditti (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:    925.300.4455
Email:        ndeckant@bursor.com
              jvenditti@bursor.com

*Attorneys for Plaintiffs Nacarino, Sylvester, Sonnenschein, and the Proposed Classes*

STIPULATED MOTION AND ORDER          - 6 -
CASE NO.: 2:22-CV-00910-RSM

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101